UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| IRONWOOD BUILDING II, LTD., and PRINCIPLE AUTO MANAGEMENT, LTD., | : : : : | Civil Action No. 5:19-CV-00368-XR |
| Plaintiff, | : : | |
| v. | : : | |
| AXIS SURPLUS INSURANCE COMANY | : : | |
| Defendant. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), is in all things voluntarily dismissed with prejudice against Defendant, Axis Surplus Insurance Company. Court costs are to be borne by the party incurring the same. The parties respectfully request that the Court enter the attached agreed Order of dismissal with prejudice.

Respectfully submitted,

*/s/ David C. "Clay" Sell*
David C. "Clay" Snell
Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
(210)824-3278
(210)824-3937 (fax)
dsnell@bsklaw.com
*Counsel for Plaintiff*

1

/s/ Alexandra S. Fernandez
Alexandra S. Fernandez
Texas Bar No. 24051786
afernandez@zelle.com
Kerry K. Brown
Texas Bar No. 03149880
kbrown@zelle.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2020, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ David C. "Clay" Snell*
David C. "Clay" Snell

2