# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IRONWOOD BUILDING, LTD. and PRINCIPLE AUTO MANAGEMENT, LTD, <br><br> *Plaintiffs*, <br><br> v. <br><br> AXIS SURPLUS INSURANCE COMPANY <br><br> *Defendant.* | § § § § § § § § § § § Civil Action No. SA-19-CV-368-XR |

## ORDER

On this date, the Court considered the Voluntary Stipulation of Dismissal filed by the parties (docket no. 30). Finding the parties to be in agreement, and upon consideration, it is hereby ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is in all things dismissed with prejudice against Defendant, Axis Surplus Insurance Company. It is further ordered that costs of court and attorney's fees are to be borne by the party incurring the same.

All other relief not expressly granted herein is denied. The Clerk is DIRECTED to CLOSE this case.

It is so ORDERED.

SIGNED this 29th day of May, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE